IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CORNELIUS JAMES, | 2:08-CV-01857-RRC |
| Plaintiff, | **ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME TO FILE THIRD AMENDED COMPLAINT** |
| vs. | |
| HUBBARD, et al., | |
| Defendants. | |

Plaintiff's Motion for Enlargement of Time to File Third Amended Complaint, filed October 9, 2009, is GRANTED.  Any such filing is now due on or before November 25, 2009.

DATED: October 15, 2009.

                                                  /s/ Richard R. Clifton
                                                  RICHARD R. CLIFTON
                                                  UNITED STATES CIRCUIT JUDGE