IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CORNELIUS JAMES, | 2:08-CV-01857-RRC |
| Plaintiff, | **ORDER** |
| vs. | |
| RUBEN PEREZ, et al., | |
| Defendants. | |
| _____/ | |

Defendants Perez and Mandeville's request for a thirty-day extension of time to file a responsive pleading is GRANTED. Defendants' responsive pleading is now due on or before February 29, 2012.

Plaintiff shall file an opposition, if any, to Defendant Mehta's Motion to Dismiss and to any motion to dismiss or similar motion that may be filed by Defendants Perez and Mandeville by March 23, 2012. A reply brief may be filed by March 30, 2012. The Court will advise the parties thereafter as to a hearing date, if one is deemed necessary.

DATED: February 2, 2012.

                                          /s/ Richard R. Clifton
                                        RICHARD R. CLIFTON
                                        UNITED STATES CIRCUIT JUDGE