IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CORNELIUS JAMES, | 2:08-CV-01857-RRC |
| Plaintiff, | **ORDER** |
| vs. | |
| RUBEN PEREZ, et al., | |
| Defendants. | |

Plaintiff James and Defendant Mehta's stipulation for dismissal of all claims against Mehta in this action, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and E.D. Local Rule 143, is approved. James' claims against Mehta in this action are dismissed and Mehta's motion to dismiss (Doc. # 39) is dismissed as moot.

**IT IS SO ORDERED.**

DATED: April 3, 2012.

                                        /s/ Richard R. Clifton
                                        RICHARD R. CLIFTON
                                        UNITED STATES CIRCUIT JUDGE