1
2
3
4
5
6
7
8           IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CHARLES CORNELIUS JAMES,          2:08-CV-01857-RRC

11              Plaintiff,            **ORDER**

12        vs.

13   RUBEN PEREZ, et al.,

14              Defendants.

15   _____/

16

17        Plaintiff James and Defendant Mehta's stipulation for dismissal of all claims against Mehta in

18   this action, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and E.D. Local Rule 143, is approved. James'

19   claims against Mehta in this action are dismissed and Mehta's motion to dismiss (Doc. # 39) is

20   dismissed as moot.

21        **IT IS SO ORDERED.**

22

23   DATED: April 3, 2012.

24                              _/s/ Richard R. Clifton_____

25                              RICHARD R. CLIFTON
                                UNITED STATES CIRCUIT JUDGE
26

27

28