IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHARLES C. JAMES,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>R. PEREZ, et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No. 2:08-CV-01857-RRC<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS** |

GOOD CAUSE HAVING BEEN SHOWN, the parties' stipulation to extend the deadline for filing dispositive motions is GRANTED. Dispositive motions are now due on or before August 2, 2013. All other scheduling deadlines remain unchanged.

Dated: __June 4, 2013__　　　　　　　/s/ Richard R. Clifton
　　　　　　　　　　　　　　　　　　Richard R. Clifton
　　　　　　　　　　　　　　　　　　United States Circuit Judge