IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHARLES CORNELIUS JAMES, <br><br> Plaintiff, <br><br> v. <br><br> R. PEREZ, et al., <br><br> Defendants. | Case No. 2:08-CV-01857-RRC <br><br> **ORDER** |

GOOD CAUSE HAVING BEEN SHOWN, the parties' stipulation to extend the deadline for filing dispositive motions is GRANTED. Dispositive motions are now due on or before October 1, 2013.

In addition, the deadlines for disclosing expert testimony shall be those set forth in Federal Rule of Civil Procedure 26(a)(2)(D).

All other scheduling deadlines remain unchanged.

Dated: ___August 2, 2013___             /s/ Richard R. Clifton
                                                              Richard R. Clifton
                                                              United States Circuit Judge