IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHARLES C. JAMES,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>R. PEREZ, et al.,<br><br>　　　　　　　　　Defendants. | Case No. 2:08-CV-01857-RRC<br><br>**ORDER** |

　　GOOD CAUSE HAVING BEEN SHOWN, this matter is hereby referred to the Court's Prisoner Settlement Program for mediation with Magistrate Judge Kellison. Within ten days after the conclusion of the mediation, Magistrate Judge Kellison shall file a report with the Court regarding the mediation. If the mediation does not resolve this matter in full, the parties may file dispositive motions within 30 days of the mediation.

　　IT IS FURTHER ORDERED that these proceedings are stayed pending the results of mediation.

Dated: October 1, 2013

/s/ Richard R. Clifton
Richard R. Clifton
United States Circuit Judge