Case 2:08-cv-01857-RRC   Document 66   Filed 11/22/13   Page 1 of 2

KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
CHRISTOPHER J. BECKER, State Bar No. 230529
Supervising Deputy Attorney General
TIMOTHY H. DELGADO, State Bar No. 275580
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 322-6372
  Fax: (916) 324-5205
  E-mail: Timothy.Delgado@doj.ca.gov
*Attorneys for Defendants Perez, Mandeville, and the California Department of Corrections and Rehabilitation*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CHARLES C. JAMES,**<br><br>                         Plaintiff,<br><br>v.<br><br>**R. PEREZ, et al.,**<br><br>                        Defendants. | Case No. 2:08-cv-01857-RRC<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

      Plaintiff Charles C. James and Defendants Perez, Mandeville, and the California Department of Corrections and Rehabilitation have resolved this case in its entirety. The parties, through their counsel, stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

///

///

///

1

Stipulation for Voluntary Dismissal with Prejudice (2:08-cv-01857-RRC)

1   Each party shall bear its own litigation costs and attorney's fees.

2   It is so stipulated.

3

4   Dated: November 21, 2013            /s/ Carter C. White
                                        Carter C. White
5                                       King Hall Civil Rights Clinic
                                        U.C. Davis School of Law
6                                       *Attorney for Plaintiff Charles C. James*

7

8

9   Dated: November 21, 2013            /s/ Timothy H. Delgado
                                        Timothy H. Delgado
10                                      Deputy Attorney General
                                        Office of the Attorney General
11                                      *Attorney for Defendants Perez, Mandeville, and
                                        the California Department of Corrections and*
12                                      *Rehabilitation*

13

14

15

16  In accordance with the parties' stipulation, this action is dismissed with prejudice. The

17  Clerk of the Court shall close the file. **IT IS SO ORDERED.**

18

19  Dated: November 22, 2013            /s/ Richard R. Clifton
                                        Richard R. Clifton
20                                      United States Circuit Judge

21  SA2011103623
    31837803.doc
22

23

24

25

26

27

28

2